# **<u>EXHIBIT B</u>**

From: **Paul Khan** <paulkhanstein@gmail.com>
Date: Mon, Mar 7, 2022 at 4:57 PM
Subject: Re: QUESTIONS
To: Salgado family trucking Inc <salgadofamilytruckinginc@gmail.com>


 NEED THE ACQUISITION AGREEMENT NOT THE SHARE EXCHANGE AGREEMENT

- to be clear, Salgado Family is a wholly owned subsidiary of Bell Rose. They exist as separate entities.

. ALSO NEED THE DOCUMENT THAT SHOWS WE FILLED WITH CALIFORNIA AND WYOMING AS A MERGER. CANNOT GO FURTHER  TILL I HAVE THESE
- of course you can. Salgado is a  subsidiary of Bell Rose so you will be posting consolidated financials.


Paul Khan, B.B.M.D.
Mergers and Acquisitions Consultant
(416)565-8143


This email message, including  attachments,  contains information which may be confidential and/or legally privileged.  Unauthorized disclosure and/or use of information contained in this email may result in civil and criminal liability.


On Mar 7, 2022, at 19:52, Salgado family trucking Inc <salgadofamilytruckinginc@gmail.com> wrote:


I BEEN LOCKED UP GETTING THESE FIN FACIALS DONE . I WAS HOSPITAL LAST WEEK AS WELL. BUT I FELL BETTER NOW

  I NEED THE ACQUISITION AGREEMENT NOT THE SHARE EXCHANGE AGREEMENT
. ALSO NEED THE DOCUMENT THAT SHOWS WE FILLED WITH CALIFORNIA AND WYOMING AS A MERGER. CANNOT GO FURTHER  TILL I HAVE THESE



MAY YOU CONTINUE TO BE BLESSED
      CEO Carlos Z Salgado
   SALGADO FAMILY TRUCKING INC
          (909) 662-6973

On Mon, Mar 7, 2022 at 4:47 PM Paul Khan <paulkhanstein@gmail.com> wrote:
Hi Carlos,

I have all the documents.

Can you ask Mark to specifically list the documents needed? I spoke to him two weeks ago and he was going to send the required documentation? We have "all the necessary documents"!

More importantly, how come you and Necuh have not been responding in a timely manner?

Please reply

Paul Khan, B.B.M.D.
Mergers and Acquisitions Consultant
(416)565-8143

This email message, including  attachments,  contains information which may be confidential and/or legally privileged.  Unauthorized disclosure and/or use of information contained in this email may result in civil and criminal liability.

> On Mar 7, 2022, at 18:39, Salgado family trucking Inc <salgadofamilytruckinginc@gmail.com> wrote:
>
>
> HELLO PAUOL JUST WANTED TO LET YOU KNOW I BEEN ON TRACK WITH FINANCIALS SHOULD HAVE THEM IN BY END OF WEEK.
>  I NEED TO FIND SOME DOCUMENTS CAN YOU ASSIST ME OR LET ME KNOW WHAT THEY ARE UNDER  I NEED THE ACQUISITION AGREEMENT BECAUSE THEY SAID THE ONE  I WAS GIVEN SAYS ACQUISITION AGREEMENT BUT IT ITDS JUST A SHARE EXCHANGE AGREEMENT. ALSO NEED ANY DOCUMENT THAT SHOWS WE FILLED WITH CALIFORNIA AND WYOMING AS A MERGER.  WE ARE HITTING THE TIER ONE AND NEED TO MAKE SURE WE  HAVE ALL THE NECESSARY DOCUMENTS IN PLACE.
>
>
>
> MAY YOU CONTINUE TO BE BLESSED
>         CEO Carlos Z Salgado
>     SALGADO FAMILY TRUCKING INC
>          (909) 662-6973
>