# EXHIBIT E



**DETAILED HOLDER LIST**
*PACIFIC STOCK TRANSFER COMPANY*
**Effective: 1/10/22**

     *  Selection by Share Range:
       Holders who own at least 1 shares are included.
     *  Suppressed holders ARE included

     *  Selection by Ownership Code: EXCLUDE
TREASURY SHARES

   * Sort Criteria:
       SHARES HELD



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.:I-MH025 | Cusip: 078146206 |
|---|---|---|---|
| **Account/TIN** | **Name & Address** | **Ticker:BELR** | **Shares Held** |

| 70 | CARLOS SALGADO<br>10591 CHEVRON CT<br>ADELANTO CA 92301 | OFAC:880301<br>(INDIVIDUAL) | 275,200,000<br>58.935 % |
|---|---|---|---|

| Certificate # / Book | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 01/05/2022 | | 200,000 | RESTRICTED CONTROL |
| * RSTR * | 12/06/2021 | | 275,000,000 | RESTRICTED CONTROL |
| | | | 275,200,000 * | |

| 81 | ALETHEA SALGADO<br>10591 CHEVRON CT<br>ADELANTO CA 92301-2140 | OFAC:882277<br>(INDIVIDUAL) | 50,000,000<br>10.708 % |
|---|---|---|---|

| Certificate # / Book | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/08/2021 | | 50,000,000 | RESTRICTED CONTROL |
| | | | 50,000,000 * | |

| 80 | CHERRY CALLEJO<br>5931 CYNTHIA ST<br>SAN BERNARDINO CA 92407-2241 | OFAC:882276<br>(INDIVIDUAL) | 25,000,000<br>5.354 % |
|---|---|---|---|

| Certificate # / Book | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/08/2021 | | 25,000,000 | RESTRICTED CONTROL |
| | | | 25,000,000 * | |

| 79 | NECUH CALLEJO<br>5931 CYNTHIA ST<br>SAN BERNARDINO CA 90247 | OFAC:882275<br>(INDIVIDUAL) | 25,000,000<br>5.354 % |
|---|---|---|---|

| Certificate # / Book | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/08/2021 | | 25,000,000 | RESTRICTED CONTROL |
| | | | 25,000,000 * | |

| 83 | PAUL KHAN<br>518 ALDER CRT<br>PICKERING ON L1V 4T1<br>CANADA | OFAC:600957<br>(INDIVIDUAL) | 25,000,000<br>5.354 % |
|---|---|---|---|

| Certificate # / Book | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/08/2021 | | 25,000,000 | RULE 144 |
| | | | 25,000,000 * | |

| 82 | JOSE MACIAS<br>10591 CHEVRON CT<br>ADELANTO CA 92301 | OFAC:882278<br>(INDIVIDUAL) | 25,000,000<br>5.354 % |
|---|---|---|---|

| Certificate # / Book | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/08/2021 | | 25,000,000 | RESTRICTED CONTROL |
| | | | 25,000,000 * | |

| 87 | BRANALEX FINANCIAL GROUP INC<br>133 RICHMOND ST W<br>SUITE 310<br>TORONTO ON M5E 2L3<br>CANADA | OFAC:858088<br>(CORPORATION) | 10,000,000<br>2.142 % |
|---|---|---|---|



# PACIFIC STOCK TRANSFER COMPANY
### Effective: 1/10/22

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | **Ticker:** BELR | Shares Held |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/08/2021 | | 10,000,000 **10,000,000** | RULE 144 * | |
| 86 | JOEL TOMBRAN 4240 SCHNEIDER COURT ONTARIO ON L5B 3N7 CANADA | | | **OFAC:**882299 (INDIVIDUAL) | | 10,000,000 2.142 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/08/2021 | | 10,000,000 **10,000,000** | RULE 144 * | |
| 78 | JACKSON TRAN 9397 HOMESTEAD DR RANCHO CUCAMONGA CA 91730-7906 | | | **OFAC:**882274 (INDIVIDUAL) | | 6,800,000 1.456 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/06/2021 | | 6,800,000 **6,800,000** | RULE 144 * | |
| 71 | STEVEN TRAN 9397 HOMESTEAD DR RANCHO CUCAMONGA CA 91730-7906 | | | **OFAC:**882267 (INDIVIDUAL) | | 2,200,000 0.471 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/06/2021 | | 2,200,000 **2,200,000** | RULE 144 * | |
| 85 | LORENA FRAUSTO 1507 S PLEASANT AVE ONTARIO CA 91761-4323 | | | **OFAC:**882298 (INDIVIDUAL) | | 1,000,000 0.214 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/08/2021 | | 1,000,000 **1,000,000** | RULE 144 * | |
| 133 | ADEENA GALLARDO PO BOX 2893 HELENDALE CA 92342-2893 | | | **OFAC:**883615 (INDIVIDUAL) | | 1,000,000 0.214 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 01/07/2022 | | 1,000,000 **1,000,000** | RULE 144 * | |
| 131 | SOPHIA GALLARDO 1507 N CALIFORNIA AVE LA PUENTE CA 91744-1009 | | | **OFAC:**883613 (INDIVIDUAL) | | 1,000,000 0.214 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 01/07/2022 | | 1,000,000 **1,000,000** | RULE 144 * | |



# PACIFIC STOCK TRANSFER COMPANY
### Effective: 1/10/22

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:**I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| | | **Ticker:**BELR | |
| **Account/TIN** | **Name & Address** | | **Shares Held** |

| 132 | VIVICA GALLARDO<br>PO BOX 2893<br>HELENDALE CA 92342-2893 | **OFAC:**883614<br>(INDIVIDUAL) | 1,000,000<br>0.214 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 01/07/2022 | | 1,000,000<br>**1,000,000** | RULE 144<br>* |

| 88 | ZACARIAS JOSE SALGADO<br>PO BOX 2893<br>SAN BERNARDINO CA 92406-2893 | **OFAC:**882639<br>(INDIVIDUAL) | 1,000,000<br>0.214 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 1,000,000<br>**1,000,000** | RULE 144<br>* |

| 76 | AHYENDE SANDY<br>1288 S HIGHLAND AVE<br>LOS ANGELES CA 90019 | **OFAC:**882272<br>(INDIVIDUAL) | 1,000,000<br>0.214 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/06/2021 | | 1,000,000<br>**1,000,000** | RULE 144<br>* |

| 77 | JULIE TRAN<br>9397 HOMESTEAD DR<br>RANCHO CUCAMONGA CA 91730-7906 | **OFAC:**882273<br>(INDIVIDUAL) | 600,000<br>0.128 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 12/06/2021 | | 600,000<br>**600,000** | RULE 144<br>* |

| 127 | SEAN LEPAUL JACKSON<br>6205 LA TIJERA BLVD<br>LOS ANGELES CA 90056-1705 | **OFAC:**883609<br>(INDIVIDUAL) | 500,000<br>0.107 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 01/07/2022 | | 500,000<br>**500,000** | RULE 144<br>* |

| 134 | GEORGE SAINZ SANCHEZ<br>727 DESCANSO BAY ST<br>TULARE CA 93274-7488 | **OFAC:**883616<br>(INDIVIDUAL) | 375,000<br>0.080 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 01/07/2022 | | 375,000<br>**375,000** | RULE 144<br>* |

| 129 | JEORGE GOMEZ JR<br>13870 SENNA ST<br>HESPERIA CA 92344-0198 | **OFAC:**883611<br>(INDIVIDUAL) | 300,000<br>0.064 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 01/07/2022 | | 300,000 | RULE 144 |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|

**Issue:** BELL ROSE CAPITAL INC COMMON   **Issuer Abbrev.:** I-MH025   **Ticker:** BELR   **Cusip:** 078146206

300,000 *

| 128 | MSHINDA STRAUGHTER<br>43611 STATE HIGHWAY 74 APT 3<br>HEMET CA 92544-5230 | OFAC:883610<br>(INDIVIDUAL) | 250,000<br>0.054 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 01/07/2022 | | 250,000<br>250,000 * | RULE 144 |

| 94 | MATTEW IBARRA<br>747 N HOLMES AVE<br>ONTARIO CA 91764-3511 | OFAC:882645<br>(INDIVIDUAL) | 200,000<br>0.043 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 200,000<br>200,000 * | RULE 144 |

| 95 | WENDY VENEGAS<br>18751 BARROSO ST<br>ROWLAND HEIGHTS CA 91748-4606 | OFAC:882646<br>(INDIVIDUAL) | 200,000<br>0.043 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 200,000<br>200,000 * | RULE 144 |

| 93 | ESMERALDA ECKENRODE<br>1755 N 208TH AVE<br>BUCKEYE AZ 85396 | OFAC:882644<br>(INDIVIDUAL) | 175,000<br>0.037 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 175,000<br>175,000 * | RULE 144 |

| 103 | ERNIE FLORES<br>17088 HOLGUIN CT<br>FONTANA CA 92336-2141 | OFAC:882654<br>(INDIVIDUAL) | 175,000<br>0.037 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 175,000<br>175,000 * | RULE 144 |

| 105 | ALMARIETA O. ALID<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION BO 2<br>KORONADAL CITY<br>SOUTH COTABATO<br>PHILIPPINES | OFAC:882656<br>(INDIVIDUAL) | 150,000<br>0.032 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 150,000<br>150,000 * | RULE 144 |

| 111 | JOHN PAUL CALLEJO<br>11507 ARABETTE<br>SAN ANTONIO TX 78245-4044 | OFAC:882662<br>(INDIVIDUAL) | 150,000<br>0.032 % |
|---|---|---|---|



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.: I-MH025 | Cusip: 078146206 | |
|---|---|---|---|---|
| Account/TIN | Name & Address | Ticker: BELR | | Shares Held |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/30/2021 | | 150,000<br>**150,000** | RULE 144<br>* | |
| 73 | SANDEEP DEOGUN<br>14463 DUSTY COYOTE AVE<br>MORENO VALLEY CA 92555-5759 | | | OFAC:882269<br>(INDIVIDUAL) | | 150,000<br>0.032 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/06/2021 | | 150,000<br>**150,000** | RULE 144<br>* | |
| 114 | SALLIE HUNT<br>7578 PINE RIDGE PL<br>RANCHO CUCAMONGA CA 91739-8806 | | | OFAC:882665<br>(INDIVIDUAL) | | 150,000<br>0.032 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/30/2021 | | 150,000<br>**150,000** | RULE 144<br>* | |
| 72 | RYAN SOTO<br>4040 OBSIDLAN ROAD<br>SAN BERNARDINO CA 92407 | | | OFAC:882268<br>(INDIVIDUAL) | | 150,000<br>0.032 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/06/2021 | | 150,000<br>**150,000** | RULE 144<br>* | |
| 75 | MALEEK TRICE<br>15575 CURRY PL<br>FONTANA CA 92336-3581 | | | OFAC:882271<br>(INDIVIDUAL) | | 150,000<br>0.032 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/08/2021 | | 120,000<br>**120,000** | RULE 144<br>* | |
| 84 | ERIK MAGANA<br>1068 E NOCTA ST<br>ONTARIO CA 91764-4382 | | | OFAC:882297<br>(INDIVIDUAL) | | 120,000<br>0.026 % |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * RSTR * | | 12/30/2021 | | 100,000 | RULE 144 | |
| 106 | MARICHYLL A. ABDULHALIM<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION<br>BO 2<br>KORONADAL CITY<br>SOUTH COTABATO<br>PHILIPPINES | | | OFAC:882657<br>(INDIVIDUAL) | | 100,000<br>0.021 % |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | Issuer Abbrev.:I-MH025 | Cusip: 078146206 |
|---|---|---|
| | Ticker:BELR | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| | | **100,000** * | |
| 108 | ABRAM REY O. ALID<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION<br>BO 2<br>KORONADAL CITY<br>SOUTH COTABATO 9506<br>PHILIPPINES | OFAC:882659<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |

| 125 | CAMILO III O ALID<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION<br>BO 2<br>KORONADAL CITY<br>SOUTH COTABATO<br>PHILIPPINES | OFAC:882698<br>(INDIVIDUAL) | 100,000<br>0.021 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |

| 107 | CAMILO II O. ALID<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION<br>BO 2<br>KORONADAL CITY<br>SOUTH COTABATO 9506<br>PHILIPPINES | OFAC:882658<br>(INDIVIDUAL) | 100,000<br>0.021 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |

| 110 | LOVEN ANGEL O. ALID<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION<br>BO 2<br>KORONADAL CITY<br>SOUTH COTABATO 9506<br>PHILIPPINES | OFAC:882661<br>(INDIVIDUAL) | 100,000<br>0.021 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |

| 109 | SHEILA MAY O. ALID<br>BLOCK 1 LOT 9 MARVILLE HOMES SUBDIVISION<br>BO 2<br>KORONADAL CITY<br>SOUTH COTABATO 9506<br>PHILIPPINES | OFAC:882660<br>(INDIVIDUAL) | 100,000<br>0.021 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.:I-MH025 | Cusip: 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | Ticker:BELR | Shares Held |

| | | | 100,000 * | |
|---|---|---|---|---|
| 119 | JEAN C. ANTIPUNAN<br>16 RANGER ST. ZONE 4 SIGNAL VILLAGE<br>TAGUIG CITY 9506<br>PHILIPPINES | OFAC:882670<br>(INDIVIDUAL) | | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 |
| | | | 100,000 * | |

| 115 | BENJAMIN L. CALLEJO JR<br>BLOCK 13 LOT 9 BUENA ROSARIO SUBD.<br>MAMATID CALAMBA<br>LAGUNA 9506<br>PHILIPPINES | OFAC:882666<br>(INDIVIDUAL) | | 100,000<br>0.021 % |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 |
| | | | 100,000 * | |

| 104 | TRACY MURPHY GARCIA<br>5235 FILMORE ST<br>BELL GARDENS CA 90201-1545 | OFAC:882655<br>(INDIVIDUAL) | | 100,000<br>0.021 % |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 |
| | | | 100,000 * | |

| 97 | JOHANA GRACIANO<br>1062 S RIVERSIDE AVE APT 4<br>RIALTO CA 92376-1895 | OFAC:882648<br>(INDIVIDUAL) | | 100,000<br>0.021 % |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 |
| | | | 100,000 * | |

| 112 | ABIGALE HUNT<br>7578 PINE RIDGE PL<br>RANCHO CUCAMONGA CA 91739-8806 | OFAC:882663<br>(INDIVIDUAL) | | 100,000<br>0.021 % |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 |
| | | | 100,000 * | |

| 113 | HALEY MARIE HUNT<br>7578 PINE RIDGE PL<br>RANCHO CUCAMONGA CA 91739-8806 | OFAC:882664<br>(INDIVIDUAL) | | 100,000<br>0.021 % |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 |
| | | | 100,000 * | |

| 89 | AYDEN IBARRA<br>PO BOX 2893<br>HELENDALE CA 92342-2893 | OFAC:882640<br>(INDIVIDUAL) | | 100,000<br>0.021 % |
|---|---|---|---|---|



**PACIFIC STOCK TRANSFER COMPANY**
**Effective: 1/10/22**

| **Issue:** BELL ROSE CAPITAL INC COMMON | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|
| Account/TIN | Name & Address | **Ticker:** BELR | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |
| 117 | EVANGELINE LEBAG | | **OFAC:**882668 | | 100,000 |
| | 16 RANGER ST. ZONE 4 SIGNAL VILLAGE | | (INDIVIDUAL) | | 0.021 % |
| | TAGUIG CITY 9506 | | | | |
| | PHILIPPINES | | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |
| 118 | ANGELA C. MALAN | | **OFAC:**882669 | | 100,000 |
| | BO.1 BLOCK 1 CALLEJO SUBDIVISION | | (INDIVIDUAL) | | 0.021 % |
| | KORONADAL CITY | | | | |
| | SOUTH COTABATO 9506 | | | | |
| | PHILIPPINES | | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |
| 116 | OLIVIA C. MARTERIOR | | **OFAC:**882667 | | 100,000 |
| | BO.1 BLOCK 1 CALLEJO SUBDIVISION | | (INDIVIDUAL) | | 0.021 % |
| | KORONADAL CITY | | | | |
| | SOUTH COTABATO 9506 | | | | |
| | PHILIPPINES | | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |
| 124 | SAMUEL ORACION | | **OFAC:**882675 | | 100,000 |
| | TINDALO ST. POBLACION | | (INDIVIDUAL) | | 0.021 % |
| | TAMPAKAN | | | | |
| | SOUTH COTABATO 9506 | | | | |
| | PHILIPPINES | | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |
| 98 | ISRAEL OROZCO | | **OFAC:**882649 | | 100,000 |
| | CALLE PASCUAL OROZCO #16573 COLONIA LOMA | | (INDIVIDUAL) | | 0.021 % |
| | TIJUANA BC | | | | |
| | MEXICO | | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000 | RULE 144 | |
| | | | **100,000** * | | |



## PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| **Issue:** BELL ROSE CAPITAL INC COMMON | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|
| | **Ticker:** BELR | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 92 | LETICIA SALGADO<br>7461 MCKINLEY AVE APT A<br>SAN BERNARDINO CA 92410-4351 | **OFAC:**882643<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000<br>**100,000** * | RULE 144 |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 130 | LOURDES SALGADO<br>1507 N CALIFORNIA AVE<br>LA PUENTE CA 91744-1009 | **OFAC:**883612<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 01/07/2022 | | 100,000<br>**100,000** * | RULE 144 |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 90 | MARLET VARGAS<br>9197 DATE ST<br>FONTANA CA 92335-5691 | **OFAC:**882641<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000<br>**100,000** * | RULE 144 |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 101 | OBDULIA VARGAS<br>CETOS Y ALMOS VILAS DEL CAMPO, TECATE,<br>BAJA CALIFORNIA SUR 21400<br>MEXICO | **OFAC:**882652<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000<br>**100,000** * | RULE 144 |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 100 | FRANK VILLEGAS<br>2300 S SULTANA AVE SPC 292<br>ONTARIO CA 91761-5870 | **OFAC:**882651<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000<br>**100,000** * | RULE 144 |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 96 | LISBETH GERALDINE YANDELL<br>4951 VISTA PL<br>EVERETT WA 98203-2636 | **OFAC:**882647<br>(INDIVIDUAL) | 100,000<br>0.021 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 100,000<br>**100,000** * | RULE 144 |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 99 | RODNEY DAVIS<br>1522 CREEKSIDE ST<br>BEAUMONT CA 92223-7128 | **OFAC:**882650<br>(INDIVIDUAL) | 75,000<br>0.016 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | | | | |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | **Ticker:** BELR | Shares Held |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| | RODNEY DAVIS (CONTINUED) | | | | | |
| * RSTR * | | 12/30/2021 | | 75,000 | RULE 144 | |
| | | | | **75,000** * | | |
| 120 | STEPHANIE JOYCE OCTA OLEGARIO GARCIA<br>7915 BENNETT AVE APT B<br>FONTANA CA 92336-7101 | | | **OFAC:**882671<br>(INDIVIDUAL) | | 75,000<br>0.016 % |
| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 12/30/2021 | | 75,000 | RULE 144 | |
| | | | | **75,000** * | | |
| 122 | JUAN MIGUEL SALUDEZ<br>15965 LUDLOW LN<br>FONTANA CA 92336-4547 | | | **OFAC:**882673<br>(INDIVIDUAL) | | 75,000<br>0.016 % |
| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 12/30/2021 | | 75,000 | RULE 144 | |
| | | | | **75,000** * | | |
| 102 | MORAIMA VARGAS<br>CETOS Y ALMOS VILAS DEL CAMPO, TECATE<br>BAJA CALIFORNIA SUR 21400<br>MEXICO | | | **OFAC:**882653<br>(INDIVIDUAL) | | 75,000<br>0.016 % |
| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 12/30/2021 | | 75,000 | RULE 144 | |
| | | | | **75,000** * | | |
| 121 | LLOYD K. KIAMCO<br>18891 108TH IN SE<br>RENTON CA 98055 | | | **OFAC:**882672<br>(INDIVIDUAL) | | 50,000<br>0.011 % |
| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 12/30/2021 | | 50,000 | RULE 144 | |
| | | | | **50,000** * | | |
| 135 | CASSANDRA MARCELINO LAGUATAN<br>2455 W 6TH ST<br>SAN BERNARDINO CA 92410-1103 | | | **OFAC:**883617<br>(INDIVIDUAL) | | 50,000<br>0.011 % |
| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 01/07/2022 | | 50,000 | RULE 144 | |
| | | | | **50,000** * | | |
| 91 | ELIZABETH MUNOS<br>1306 W SUMMIT AVE<br>RIALTO CA 92377-8100 | | | **OFAC:**882642<br>(INDIVIDUAL) | | 50,000<br>0.011 % |
| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 12/30/2021 | | 50,000 | RULE 144 | |
| | | | | **50,000** * | | |



**PACIFIC STOCK TRANSFER COMPANY**
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.:I-MH025 | Cusip: 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | Ticker:BELR | Shares Held |

| 123 | CLINTON PIOTRA<br>10723 E LOBO AVE<br>MESA AZ 85209-3211 | OFAC:882674<br>(INDIVIDUAL) | 50,000<br>0.011 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 50,000<br>**50,000** * | RULE 144 |

| 74 | MARTIN CHO<br>3771 VINE AVE<br>NORCO CA 92860-1868 | OFAC:882270<br>(INDIVIDUAL) | 30,000<br>0.006 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/06/2021 | | 30,000<br>**30,000** * | RULE 144 |

| 126 | FIRMAN MANULLANG<br>19130 SPRINGPORT DR<br>ROWLAND HEIGHTS CA 91748-3045 | OFAC:882699<br>(INDIVIDUAL) | 25,000<br>0.005 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 12/30/2021 | | 25,000<br>**25,000** * | RULE 144 |

| 57 | CORTLAND COMMUNICATIONS LLC<br>5460 LAKE RD<br>TULLY NY 13159-9404 | OFAC:355301<br>(CORPORATION) | 679<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 10/16/2017 | | 485 | RESTRICTED CONTROL |
| * RSTR * | 10/16/2017 | | 194<br>**679** * | RULE 144 |

| 56 | JOSEPH J PASSALAQUA<br>8744 RIVERSIDE HOUSE PATH<br>BREWERTON NY 13029-9571 | OFAC:355302<br>(INDIVIDUAL) | 679<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 10/16/2017 | | 679<br>**679** * | RESTRICTED CONTROL |

| 16 | CEDE & CO<br>PO BOX 20<br>NEW YORK NY 10274-0020 | OFAC:1499<br>(NOMINEE/DEPOSIT | 558<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| 2159 | 10/31/2017 | | 187 | |
| 2160 | 10/31/2017 | | 185 | |
| 2161 | 10/31/2017 | | 185<br>**557** * | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | | 10/31/2017 | -22 | |



**PACIFIC STOCK TRANSFER COMPANY**
**Effective: 1/10/22**

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | **Ticker:** BELR | **Shares Held** |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| CEDE & CO (CONTINUED) | | | | |
| * BOOK * | 10/31/2017 | | 22 | |
| * BOOK * | | 10/31/2017 | -205 | |
| * BOOK * | | 10/31/2017 | -30 | |
| * BOOK * | | 10/31/2017 | -300 | |
| * BOOK * | 10/16/2017 | | 205 | |
| * BOOK * | 10/16/2017 | | 30 | |
| * BOOK * | 10/16/2017 | | 300 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| 28 | MATT JOHNSON PO BOX 3143 LIVERPOOL NY 13089-3143 | OFAC:355265 (INDIVIDUAL) | 194 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 194 | |
| | | | **194** * | |

| 27 | JEFFREY K SETO PO BOX 3143 LIVERPOOL NY 13089-3143 | OFAC:355266 (INDIVIDUAL) | 194 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 194 | |
| | | | **194** * | |

| 26 | ED HORSLEY 22 ACADEMY LN BELLPORT NY 11713-2702 | OFAC:355267 (INDIVIDUAL) | 15 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 5 | |
| * BOOK * | 10/16/2017 | | 10 | |
| | | | **15** * | |

| 29 | RAY A SINGLETARY 830 SUNNYSIDE AVE AKRON OH 44303-1349 | OFAC:355263 (INDIVIDUAL) | 15 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 15 | |
| | | | **15** * | |

| 48 | STEPHEN D GUTHRIE 32416 MARIA CT LIVONIA MI 48152-4275 | OFAC:355288 (INDIVIDUAL) | 13 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 13 | |
| | | | **13** * | |

**PACIFIC STOCK TRANSFER COMPANY**
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.: I-MH025 | Cusip: 078146206 |
| --- | --- | --- | --- |
| Account/TIN | Name & Address | Ticker: BELR | Shares Held |

| 14 | ROBERT MUNRO<br>615 MOUNT PAUL WAY<br>KAMLOOPS BC V2H 1A9<br>CANADA | OFAC: 355238<br>(INDIVIDUAL) | 13<br>0.000 % |
| --- | --- | --- | --- |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| --- | --- | --- | --- | --- |
| * BOOK * | 10/16/2017 | | 13 | |
| | | | 13 | * |

| 44 | GDR INTERNATIONAL INC<br>ATTN RICHARD SERBAN PRES.<br>16 W 45TH ST FL 2<br>NEW YORK NY 10036-4204 | OFAC: 355270<br>(CORPORATION) | 9<br>0.000 % |
| --- | --- | --- | --- |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| --- | --- | --- | --- | --- |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 5 | |
| | | | 9 | * |

| 35 | GLOBAL MANAGEMENT ADVISORS LTD<br>ATTN LAWRENCE L SHARP III<br>8370 W CHEYENNE AVE STE 109<br>LAS VEGAS NV 89129-2174 | OFAC: 355279<br>(CORPORATION) | 8<br>0.000 % |
| --- | --- | --- | --- |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| --- | --- | --- | --- | --- |
| * BOOK * | 10/16/2017 | | 8 | |
| | | | 8 | * |

| 3 | IAIN HALL<br>3131 FREY PL<br>PORT COQUITLAM BC V3B 5X3<br>CANADA | OFAC: 355245<br>(INDIVIDUAL) | 7<br>0.000 % |
| --- | --- | --- | --- |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| --- | --- | --- | --- | --- |
| * BOOK * | 10/16/2017 | | 2 | |
| * BOOK * | 10/16/2017 | | 5 | |
| | | | 7 | * |

| 2 | PENSON FINANCIAL SERVICES INC.<br>1700 PACIFIC AVE<br>DALLAS TX 75201-4617 | OFAC: 355246<br>(BROKERS AND SECI | 6<br>0.000 % |
| --- | --- | --- | --- |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
| --- | --- | --- | --- | --- |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 6 | * |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.:I-MH025 | Cusip: 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | Ticker:BELR | Shares Held |

| 33 | JAMES MCCREARY<br>13341 ROAD 13 NW<br>QUINCY WA 98848-9420 | OFAC:355259<br>(INDIVIDUAL) | 5<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 5<br>**5** * | |

| 41 | PAUL ABBEY<br>735 PRINCETON DRIVE<br>BRENTWOOD TN 37027 | OFAC:355273<br>(INDIVIDUAL) | 4<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 2 | |
| * BOOK * | 10/16/2017 | | 2<br>**4** * | |

| 10 | ROBERT CHRISTIE<br>438-9101 HORNE ST<br>BURNABY BC V3N 4M3<br>CANADA | OFAC:355242<br>(INDIVIDUAL) | 4<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 4<br>**4** * | |

| 43 | ROBERT FERREIRA<br>9479 HIGHWOOD HILL RD<br>BRENTWOOD TN 37027-8673 | OFAC:355271<br>(INDIVIDUAL) | 4<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 2 | |
| * BOOK * | 10/16/2017 | | 2<br>**4** * | |

| 4 | VELOCITY-K\K\A DEEP BLUE<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | OFAC:355258<br>(CORPORATION) | 4<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 4<br>**4** * | |

| 47 | STEVEN ADLER<br>106 CENTRAL PARK S # 20FG<br>NEW YORK NY 10019-1563 | OFAC:355289<br>(INDIVIDUAL) | 3<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 3<br>**3** * | |

| 49 | BOB ALLISON<br>17700 N RIM DR<br>LEANDER TX 78641-7311 | OFAC:355287<br>(INDIVIDUAL) | 3<br>0.000 % |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | Issuer Abbrev.: I-MH025 | Cusip: 078146206 |
|---|---|---|
| Account/TIN | Name & Address  Ticker: BELR | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 3 | |
| | | | **3** * | |

| 22 | CHARLENE REES<br>15-415 SUPERIOR ST<br>VICTORIA BC V8V 1T5<br>CANADA | OFAC:355249<br>(INDIVIDUAL) | 3<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 3 | |
| | | | **3** * | |

| 15 | SCOTBRIDGE CAPITAL LTD<br>ATTN ROBERT MONROE PRESIDENT<br>2121210 SUMMITT DR UNIT 431<br>KAMLOOPS BC V2C 6M1<br>CANADA | OFAC:355237<br>(CORPORATION) | 3<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 3 | |
| | | | **3** * | |

| 52 | BIG DOG GUN AND GUIDE LTD<br>ATTN DENNIS SCHEMMEL<br>1163 24TH ST<br>DES MOINES IA 50311-4358 | OFAC:355284<br>(CORPORATION) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 2 | |
| | | | **2** * | |

| 17 | LILLIAN JEFFERSON<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | OFAC:355254<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **2** * | |

| 40 | BRIAN JORGENSON<br>1240 CONCORD HUNT DR<br>BRENTWOOD TN 37027-8759 | OFAC:355274<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **2** * | |

| 34 | GREG MATTHEWS<br>3330 W SHADOWLAWN AVE NE<br>ATLANTA GA 30305-1721 | OFAC:355280<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|



**PACIFIC STOCK TRANSFER COMPANY**
**Effective: 1/10/22**

| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.: I-MH025 | | Cusip: 078146206 | |
|---|---|---|---|---|---|
| Account/TIN | Name & Address | | Ticker: BELR | | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 10/16/2017 | | 1 | RULE 144 |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 2 * | |

| 38 | CHARLES M MUSGROVE<br>1443 WILLOWBROOKE CIR<br>FRANKLIN TN 37069-7202 | OFAC:355276<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 2 * | |

| 31 | NJM INC<br>ATTN NAOMI MASON<br>1630 30TH ST STE A<br>BOULDER CO 80301-1045 | OFAC:355261<br>(CORPORATION) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 2 * | |

| 42 | EDWARD RAGAN<br>15 ABERDEEN RD<br>SCOTCH PLAINS NJ 07076-2225 | OFAC:355272<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 2 * | |

| 39 | KELLEY STRANGE<br>5116 COLLETON WAY<br>BRENTWOOD TN 37027-3018 | OFAC:355275<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 2 * | |

| 36 | JACK WALLIN<br>1449 WILLOWBROOKE CIR<br>FRANKLIN TN 37069-7202 | OFAC:355278<br>(INDIVIDUAL) | 2<br>0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 2 * | |

| 13 | KHALED AKID<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | OFAC:355239<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| **Issue:** BELL ROSE CAPITAL INC COMMON | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|
| Account/TIN | Name & Address | **Ticker:** BELR | **Shares Held** |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |

| 59 | ALAN D ARTHUR & BARBARA K ARTHUR JT TEN 1 OAKLAND DR GRINNELL IA 50112-3013 | OFAC:355299 (INDIVIDUAL) | 1 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |

| 25 | DAVID BERGER 218 W 12650 S DRAPER UT 84020-8617 | OFAC:355268 (INDIVIDUAL) | 1 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |

| 66 | CHARITY BRANDS MARKETING INC ATTN STEVE ADLER 140 W 57TH ST STE 11B NEW YORK NY 10019-3326 | OFAC:355292 (CORPORATION) | 1 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |

| 55 | SALLY DOSE 1070 LAKESHORE DR BROOKLYN IA 52211-9539 | OFAC:355281 (INDIVIDUAL) | 1 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |

| 7 | ELMO CAPITAL LLC ADDRESS NOT ON FILE UNKNOWN GQ | OFAC:355255 (CORPORATION) | 1 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |

| 1 | FORTUNOTO T FOTI ADDRESS NOT ON FILE UNKNOWN GQ | OFAC:355247 (INDIVIDUAL) | 1 0.000 % |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | 1 * | |



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| | | **Ticker:** BELR | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 51 | DAVID FOWLKES<br>2101 COLLEGE PARK LN<br>LAKESITE TN 37379-3162 | **OFAC:** 355285<br>(INDIVIDUAL) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1<br>**1** * | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 63 | HAROLD FRY<br>768 MONTEAGLE FALLS RD<br>MONTEAGLE TN 37356-7842 | **OFAC:** 355295<br>(INDIVIDUAL) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1<br>**1** * | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 8 | H3 FOUNDIATION INC.<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | **OFAC:** 355244<br>(CORPORATION) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1<br>**1** * | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 19 | JOHN HEIN<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | **OFAC:** 355252<br>(INDIVIDUAL) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1<br>**1** * | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 37 | GAUIS HILL<br>1569 FAWN CREEK RD<br>BRENTWOOD TN 37027-8615 | **OFAC:** 355277<br>(INDIVIDUAL) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1<br>**1** * | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 32 | DEPOSIT GUARANTY INSURANCE<br>CORP WILLIAM A LITTLE I<br>2542 CLIFF DR # 2374<br>DICKINSON TX 77539-2355 | **OFAC:** 355260<br>(INDIVIDUAL) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1<br>**1** * | |

| Account/TIN | Name & Address | | | | Shares Held |
|---|---|---|---|---|---|
| 62 | JD ADVISORS INC<br>4000 PONCE DE LEON BLVD STE 470<br>CORAL GABLES FL 33146-1432 | **OFAC:** 355296<br>(CORPORATION) | | | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | | | | |

# DETAILED HOLDER LIST
### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**



| Issue: BELL ROSE CAPITAL INC COMMON | | Issuer Abbrev.: I-MH025 | Cusip: 078146206 |
|---|---|---|---|
| Account/TIN | Name & Address | Ticker: BELR | Shares Held |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| | JD ADVISORS INC (CONTINUED) | | | | | |
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| 30 | JOHN KARNISH | | | OFAC:355262 | | 1 |
| | TOD JUDY M WELDON | | | (INDIVIDUAL) | | 0.000 % |
| | 6301 LONGCROFT DR | | | | | |
| | OAKLAND CA 94611-2521 | | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| 5 | GEORGE KONTONOTAS | | | OFAC:355257 | | 1 |
| | 2 LONG ACRE LN | | | (INDIVIDUAL) | | 0.000 % |
| | DIX HILLS NY 11746-7926 | | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| 23 | 882018 ALBERT LTD | | | OFAC:355248 | | 1 |
| | ADDRESS NOT ON FILE | | | (INDIVIDUAL) | | 0.000 % |
| | UNKNOWN GQ | | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| 60 | SAMMY MASLATON | | | OFAC:355298 | | 1 |
| | 1951 E 9TH ST | | | (INDIVIDUAL) | | 0.000 % |
| | BROOKLYN NY 11223-3241 | | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| 12 | MATTHEW MCKERNAN | | | OFAC:355240 | | 1 |
| | ADDRESS NOT ON FILE | | | (INDIVIDUAL) | | 0.000 % |
| | UNKNOWN GQ | | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| 24 | FRANK MONTE CUST | | | OFAC:355269 | | 1 |
| | FRANK MONTE JR UGMA (NY) | | | (INDIVIDUAL) | | 0.000 % |
| | 565 STAFFORD AVE | | | | | |
| | STATEN ISLAND NY 10312-2753 | | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | | |
| | | | | **1** | * | |







# DETAILED HOLDER LIST

*PACIFIC STOCK TRANSFER COMPANY*

**Effective: 1/10/22**

**Issue:** BELL ROSE CAPITAL INC COMMON **Issuer Abbrev.:** I-MH025 **Cusip:** 078146206 **Ticker:** BELR

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 64 | FRANK R MONTE<br>565 STAFFORD AVE<br>STATEN ISLAND NY 10312-2753 | **OFAC:**355294<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 18 | CHARLES NAUMANN<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | **OFAC:**355253<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 11 | LESLIE POZNER<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | **OFAC:**355241<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 9 | ROBERT PRESS<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | **OFAC:**355243<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 53 | TERRY J RAINEY<br>11312 GRAY ST<br>WESTMINSTER CO 80020-6827 | **OFAC:**355283<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 20 | SAFRAN S<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | **OFAC:**355251<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |
| | | | **1** * | |

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|
| 54 | RAPFAEL SCOLARI<br>439 LITTLE SILVER POINT RD<br>LITTLE SILVER NJ 07739-1732 | **OFAC:**355282<br>(INDIVIDUAL) | 1<br>0.000 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

## PACIFIC STOCK TRANSFER COMPANY
### Effective: 1/10/22

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| | | **Ticker:** BELR | |
| **Account/TIN** | **Name & Address** | | **Shares Held** |

**1** *

| 50 | LAWRENCE L SHARP III<br>PO BOX 475<br>MADISON TN 37116-0475 | OFAC:355286<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

**1** *

| 58 | CHRIS VER STEEGH<br>1420 HIGHWAY 63<br>NEW SHARON IA 50207-8176 | OFAC:355300<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

**1** *

| 21 | MARK TAGGATZ<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | OFAC:355250<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

**1** *

| 6 | BRAD VANVDERHOOF<br>ADDRESS NOT ON FILE<br>UNKNOWN GQ | OFAC:355256<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

**1** *

| 61 | VERNON WALLIM<br>2492 INDEPENDENCE LN<br>SAINT CLOUD FL 34772-8851 | OFAC:355297<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

**1** *

| 65 | LORRAINE W WASHINGTON<br>8535 TANGLEWOOD SQ # 233<br>CHAGRIN FALLS OH 44023-6435 | OFAC:355293<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * BOOK * | 10/16/2017 | | 1 | |

**1** *

| 45 | JOSHUA S YAFA<br>1172 S DIXIE HWY # 502<br>CORAL GABLES FL 33146-2918 | OFAC:355291<br>(INDIVIDUAL) | 1<br>0.000 % |
|---|---|---|---|

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|



### PACIFIC STOCK TRANSFER COMPANY
**Effective: 1/10/22**

---

| **Issue:** BELL ROSE CAPITAL INC COMMON | | **Issuer Abbrev.:** I-MH025 | **Cusip:** 078146206 |
|---|---|---|---|
| **Account/TIN** | **Name & Address** | **Ticker:** BELR | **Shares Held** |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|---|
| | JOSHUA S YAFA (CONTINUED) | | | | |
| * BOOK * | | 10/16/2017 | | 1 | |
| | | | | **1** * | |

| 46 | SONIA ZARBATANY | **OFAC:** 355290 | | | 1 |
|---|---|---|---|---|---|
| | 7857 BEN HOGAN DR | (INDIVIDUAL) | | | 0.000 % |
| | LAS VEGAS NV 89149-6605 | | | | |

| Certificate # / Book | | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|---|
| * BOOK * | | 10/16/2017 | | 1 | |
| | | | | **1** * | |

---

| | 132 | **Holders Qualified** | | **TOTAL SHARES** | 466,952,476 |
|---|---|---|---|---|---|